Vuk Vujasinovic
Vuk@VBAttorneys.com
Job Tennant
Job@VBAttorneys.com
VB ATTORNEYS
6363 Woodway Dr. #400
Houston, Texas 77057
Telephone:     (713) 224-7800
Fax:              (713)224-7801
*Attorneys for Plaintiffs*

## In the United States District Court
## Northern District of Texas
## Dallas Division

| | | |
|---|---|---|
| Ramon Walker | § § § § § | |
| vs. | § § § § | Case No. 3:21-cv-02125-D |
| Tyson Foods, Inc. | | |

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Ramon Walker hereby voluntarily dismisses his claims against Tyson Foods, Inc. in the above-listed action without prejudice.

Respectfully submitted,

**VB Attorneys**

  /s/Vuk S. Vujasinovic
Vuk Vujasinovic
**Vuk@vbattorneys.com**
State Bar No. 00794800
Job Tennant

**Job@vbattorneys.com**
State Bar No. 24106501
6363 Woodway Dr., Suite 400
Houston, Texas 77057
713/224-7800 (Office)
713/224-7801 (Facsimile)
*Attorneys for Plaintiff*